IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARLILE BRELAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                          CASE NO. 1D13-2083

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed January 20, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Carlile Breland, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is DISMISSED as moot.

ROBERTS, RAY, and MAKAR, JJ., CONCUR.